# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

CARLA CRAINE                                                                                                    PETITIONER

V.                                                                                            NO. 4:14-CV-00035-DMB-JMV

STATE OF MISSISSIPPI                                                                                        RESPONDENT

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of habeas corpus is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this the 23rd day of October, 2014.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**